# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0529
LT Case No. 2023-CC-001991-A

_____

REBECCA SARGENT and GARY
OWENS,

    Appellants,

    v.

CAROLYN DIANNE REAVIS,

    Appellee.

_____

On appeal from the County Court for Marion County.
Lori Cotton, Judge.

Amir Ghaeenzadeh, and Nichelle Lynn Womble, of Amethyst
Law Group, LLC, Tampa, for Appellants.

Joseph C. Shoemaker, of Bogin, Munns, & Munns, P.A.,
Leesburg, for Appellee.

September 3, 2024

PER CURIAM.

AFFIRMED. *See Moore v. Moore*, 334 So. 3d 382, 383 (Fla.
5th DCA 2022) (holding appellate court must presume trial court's
decision is correct unless appellant provides appellate court with a
record that is sufficient to evaluate appellant's contentions of
error).

EDWARDS, C.J., and HARRIS, J., concur.
KILBANE, J., concurs in result only.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————